**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| EDGAR KUNKLER, | ) | NO. CV 05-6473-TJH(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MADELENE M. MUNTZ, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the decision of the United States Court of Appeals for the Ninth Circuit in <u>Kunkler v. Muntz</u>, 2011 WL 830647 (9th Cir. Mar. 9, 2011),

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: June 13, 2011.

_____
TERRY J. HATTER JR.
UNITED STATES DISTRICT JUDGE